**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**03-711**

**SHERMAN DAVE LEDFORD**

**VERSUS**

**WOODLAWN CEMETERY, INC.**

************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF ACADIA, NO. 78,343,
HONORABLE JULES D. EDWARDS, DISTRICT JUDGE

************

**MICHAEL G. SULLIVAN**
**JUDGE**

************

Court composed of Ned E. Doucet, Jr., Chief Judge, Sylvia R. Cooks, and Michael G. Sullivan, Judges.

**AFFIRMED.**

**Burleigh G. Doga**
**Attorney at Law**
**Post Office Drawer 265**
**Crowley, Louisiana  70527-0265**
**(337) 783-8843**
**Counsel for Defendant/Appellee:**
          **Woodlawn Cemetery, Inc.**

**Sherman Dave Ledford**
**In Proper Person**
**Post Office Box 1287**
**Crowley, Louisiana  70526**
**Plaintiff/Appellant**